**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-6976**

———————————

SHARON ELIZABETH HUGHES,

                    Petitioner – Appellant,

        v.

UNITED STATES OF AMERICA,

                    Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:11-hc-02090-FL)

———————————

Submitted:  November 15, 2011      Decided:  November 18, 2011

———————————

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sharon Elizabeth Hughes, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Elizabeth Hughes, a federal prisoner, appeals the district court's order denying relief on her 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hughes v. United States, No. 5:11-hc-02090-FL (E.D.N.C. July 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2